# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CATERPILLAR FINANCIAL** \* | |
| **SERVICES CORPORATION,** \* | |
| \* | |
| Plaintiff, \* | |
| \* | CIVIL ACTION NO. 07-28-CG-B |
| vs. \* | |
| \* | |
| **F/V MISS ANGELA,** her engines, \* | |
| tackle, boilers, furniture, appurtenances, \* | **IN REM** |
| etc., <u>in rem</u>, \* | |
| \* | |
| Defendant. \* | |

## ORDER FOR WRIT OF ARREST

This matter is before the court on Plaintiff Caterpillar Financial Services Corporation's request for the issuance of a writ of arrest of the F/V MISS ANGELA.

Upon review of the verified Complaint and supporting pleadings, it appears to the court that the conditions for the issuance of a writ of arrest of the F/V MISS ANGELA pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure do exist. This court is of the opinion that Plaintiff's request is due to be granted.

It is, therefore, **ORDERED** that the Clerk issue a writ of arrest against the F/V MISS ANGELA.

Done at Mobile, Alabama this the 10th day of January, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE