IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION,** | \* | |
| Plaintiff, | \* | |
| vs. | \* | CIVIL ACTION NO. CV-07-28-CG-B |
| **F/V MISS ANGELA, her engines, tackle, boilers, furniture, appurtenances, etc., in rem,** | \* \* | **IN REM** |
| Defendant. | \* | |

## ORDER

WHEREAS, pursuant to the Order of this court (Doc. 20), the United States Marshal sold the F/V MISS ANGELA (Official No. 1092757) at judicial sale on April 18, 2007, to Marc Estes for the sum of TWO HUNDRED THIRTY THOUSAND AND NO/100THS DOLLARS ($230,000.00), which was the highest bid offered at said sale, and there having been no written objections filed within five (5) business days of the date of the sale, and that Marc Estes has performed the terms of his purchase.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the sale of the F/V MISS ANGELA to Marc Estes should be and hereby is CONFIRMED.

The United States Marshal is directed to issue a bill of sale free and clear from all liens and encumbrances, along with all other appropriate documentation to effect a proper legal conveyance, to Marc Estes or any person or entity that is designated by Marc Estes as the new owner of the F/V MISS ANGELA, her engines, machines, fittings, tackle and all other appurtenances thereto belonging.

**IT IS FURTHER ORDERED** that the F/V MISS ANGELA, be and the same is hereby released from seizure, and that the court appointed, substitute custodian, Steiner Shipyard, Inc., deliver possession of the F/V MISS ANGELA to Marc Estes or any person or entity designated by Marc Estes.

**DONE and ORDERED** this 30th day of April, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE